PAUL T. TRIMMER
Nevada Bar No. 9291
JOSHUA A. SLIKER
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
paul.trimmer@jacksonlewis.com
joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Marina District Development*
*Company, LLC d/b/a Borgata Hotel*
*Casino & Spa*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AC OCEAN WALK, LLC d/b/a OCEAN CASINO RESORT, a New Jersey liability company; WILLIAM CALLAHAN, an individual; and KELLY ASHMAN BURKE, an individual,<br><br>Defendants. | Case No.: 2:20-cv-01592-GMN-BNW<br><br>**STIPULATION AND ORDER TO SEVER CERTAIN CLAIMS AND TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

WHEREAS, Plaintiff Marina District Development Company, LLC ("Borgata") filed the above-captioned action against Defendants AC Ocean Walk, LLC d/b/a Ocean Casino Resort ("Ocean"), William Callahan, and Kelly Ashman Burke on August 27, 2020;

WHEREAS, on September 6, 2020, Ocean moved to dismiss for lack of personal jurisdiction and improper venue, a motion on which the Court has not yet ruled (the "Motion to Dismiss");

1

1    WHEREAS, on October 7, 2020, the Court compelled arbitration with respect to certain of
2 Borgata's claims against Callahan and Burke and stayed the claims with respect to Callahan and
3 Burke, so only Borgata's claims against Ocean remain active in this Court subject to the pending
4 Motion to Dismiss;

5    WHEREAS, for the convenience of the parties and in the interest of justice the parties agree
6 that Borgata's claims against Ocean should be severed and transferred to the District of New Jersey,
7 a district where the action, as to Ocean, may have been properly brought;

8    WHEREAS, the parties reserve all rights upon severance and transfer;

9    WHEREAS, Ocean reserves all its rights to maintain its pending Motions in the District of
10 New Jersey, including Ocean's pending Motion to Dismiss under Federal Rule of Civil Procedure
11 12(b)(6), which will be transferred to the District of New Jersey;

12    NOW THEREFORE, THE PARTIES STIPULATE that Borgata's claims against Ocean be

severed under Federal Rule of Civil Procedure 21 and transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1404(a) and/or 28 U.S.C. § 1406(a).

Dated: November 4, 2020

| JACKSON LEWIS P.C. | BLANK ROME LLP |
|---|---|
| */s/ Paul T. Trimmer* <br> PAUL T. TRIMMER <br> Nevada Bar No. 9291 <br><br> *Attorneys for Plaintiff* <br> *Marina District Development* <br> *Company, LLC d/b/a Borgata Hotel Casino &* <br> *Spa* | */s/ Leigh Ann Buziak* <br> LEIGH ANN BUZIAK (*Pro Hac Vice*) <br> One Logan Square <br> 130 North 18th Street <br> Philadelphia, PA 19103 <br><br> I. SCOTT BOGATZ <br> Nevada Bar No. 3367 <br> KERRY E. KLEIMAN <br> Nevada Bar No. 14071 <br> 300 South 4th Street, Suite 830 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* <br> *AC Ocean Walk, LLC, William Callahan,* <br> *and Kelly Ashman Burke* |

## ORDER

Good cause appearing, the Court orders as follows:

1. Pursuant to Federal Rule of Civil Procedure 21, Plaintiff's claims against Defendant AC Ocean Walk, LLC are severed from Plaintiff's claims against William Callahan and Kelly Ashman Burke; and

2. Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and in the interests of justice, Plaintiff's claims against Defendant AC Ocean Walk, LLC are transferred to the U.S. District Court for the District of New Jersey.

**IT IS SO ORDERED.**

As this case has already been stayed with respect to the remaining Defendants, (*See* Mins. Proceedings, ECF No. 91), **IT IS FURTHER ORDERED** that Defendants' Motion to Stay Case, (ECF No. 102), is **DENIED as moot**.

Dated this  6  day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT